TILLER *v.* CALIFORNIA ET AL.

No. 797, Misc. Decided April 22, 1963.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Douglas* v. *California,* 372 U. S. 353.

MR. JUSTICE CLARK and MR. JUSTICE HARLAN dissent for the reasons stated in their opinions in *Douglas* v. *California,* 372 U. S., at 358, 360.

PATTERSON *v.* CITY OF NEWPORT NEWS.

No. 983, Misc. Decided April 22, 1963.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.